JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-5948 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ANTOINETTE ROCHESTER, AKA ANTOINETTE JENNINGS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Antoinette Rochester, aka Antoinette Jennings, in the principal amount of $2,267.75 plus interest accrued to July 22, 2009, in the sum of $6,028.91; with interest accruing thereafter at 5% annually until entry of judgment, penalties in the amount of $10.00, for a total amount of **$8,306.66**.

DATED: 8/27/2009                    By: TERRY NAFISI
                                        Clerk of the Court

                                        L. RAYFORD
                                        Deputy Clerk
                                        United States District Court

Page 5